# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Campus Bible Fellowship at SUNY Broome Community College v. SUNY Broome Community College _____ Docket No.: 26-3309 _______

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**


Name: Suzanne M. Messer

Firm: Bond, Schoeneck & King

Address: One Lincoln Center, Syracuse, NY 13202

Telephone: 315-218-8628 ________________________ Fax: 315-218-8100

E-mail: MesserS@bsk.com


**Appearance for.** Defendants/Appellees
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: ____________________)
(name/firm)

☐ Substitute counsel (replacing other counsel: _______ )
(name/firm)

☒ Additional counsel (co-counsel with: Jacqueline E. Zahn, BOND, SCHOENECK & KING, PLLC )
(name/firm)

☐ Amicus (in support of: ____________________)
(party/designation)

---

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on March 27, 2025 OR

☐ I applied for admission on ____________________.

Signature of Counsel: /s/Suzanne M. Messer

Type or Print Name: Suzanne M. Messer, Esq.